ORDER
Appellees filed a petition for rehearing and suggestion for rehearing en banc.
The panel voted to deny panel rehearing.
A member of the Court requested a poll on the petition for rehearing en banc, and a majority of the judges in active service voted to deny rehearing en banc. Judges Luttig, Motz, King, and Gregory voted to grant rehearing en banc. Chief Judge Wilkins, and Judges Widener, Wilkinson, Niemeyer, Williams, Michael, Traxler, and Shedd voted to deny rehearing en banc.
Judge Wilkinson filed an opinion, concurring in the denial of rehearing en banc. Judge Traxler filed an opinion, concurring in the denial of rehearing en banc. Judge Luttig filed an opinion, dissenting from the denial of rehearing en banc. Judge Motz filed an opinion, dissenting from the denial of rehearing en banc.
*341 The Court denies the petition for rehearing and suggestion for rehearing en banc. The mandate shall issue forthwith.
Entered at the direction of Judge Wilkinson for the Court.